**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**ARDELLINI HOLDINGS INC., a Canadian corporation; and DONATO ARDELLINI, an individual;**

**Plaintiffs,**

**vs.**

**LAMSON DUGAN & MURRAY, LLP, a Nebraska Limited Liability Partnership; and ANDREW HUBER, an individual;**

**Defendants.**

**8:25CV613**

**SECOND AMENDED CASE PROGRESSION ORDER**

This matter comes before the Court on the Joint Motion to Amend Case Progression Order (Filing No. 32). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Amend Case Progression Order (Filing No. 32) is granted, and the amended case progression order is amended as follows:

1) The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

| | |
|---|---|
| For the defendants: | **November 16, 2026** |
| Plaintiffs' rebuttal: | **December 14, 2026** |

2) The planning conference set for December 16, 2026, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings is set to be held with the undersigned magistrate judge on **January 27, 2027**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **February 1, 2027**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **February 1, 2027**.

5) The deadline for filing motions to dismiss and motions for summary judgment is extended to **March 8, 2027**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of October, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge